UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JAMES HANKINS,

                Plaintiff,

                                                  9:07-CV-0408
        v.                                         (FJS/GHL)

NYS DEPARTMENT OF CORRECTIONAL SERVICES;
BRIAN FISCHER, Commissioner, NYS DOCS;
LUCIEN LeCLAIRE, Former Commissioner,
NYS DOCS; JOHN DOE #1, "Mess Hall"
Corrections Officer at Shawangunk
Correctional Facility; and JOHN DOE #2,
Corrections Sergeant/Hearing Officer at
Shawangunk Correctional Facility,

                Defendants.
_____

**APPEARANCES:**                           **OF COUNSEL**

JAMES HANKINS, 98-A-4240
  Plaintiff, *Pro Se*
Eastern New York Correctional Facility
Box 338
Napanoch, NY   12458


HON. ANDREW M. CUOMO                ADELE M. TAYLOR-SCOTT, ESQ.
Attorney General for the
State of New York
 Counsel for Defendants
The Capitol
Albany, NY   12224


**FREDERICK J. SCULLIN, JR., S.D.J.:**

## ORDER

    Currently before the Court is Magistrate Judge Lowe's March

10, 2008 Report-Recommendation to which the parties have filed no objections.  Having reviewed that Report-Recommendation and the entire file in this matter, the Court hereby

**ORDERS** that the Report-Recommendation of Magistrate Judge George H. Lowe filed March 10, 2008 is **ACCEPTED** in its entirety, for the reasons stated therein; and the Court further

**ORDERS** that Defendants' motion to dismiss for failure to state a claim is **GRANTED** and the Court further

**ORDERS** that Plaintiff's complaint is **DISMISSED with prejudice**, and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Defendants and close this case.

**IT IS SO ORDERED.**

Dated:   May 6, 2008
         Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge